IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SATURNINO Z. VAZQUEZ, individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br>FERRARA CANDY COMPANY and THOMAS P. POLKE, individually, Defendants | Case No. 1:14-cv-04233<br><br>Magistrate: Hon. Maria Valdez |

### MOTION TO WITHDRAW APPEARANCE OF DAVID E. STEVENS

NOW COMES Plaintiff's attorney David E. Stevens, who respectfully moves this Court for leave to withdraw his appearance as counsel for Plaintiff, and states as follows:

1. David E. Stevens and Valentin T. Narvaez of Consumer Law Group, LLC are counsel of record for the Plaintiff in this matter.

2. David E. Stevens requests leave to withdraw as counsel for Plaintiff because he has resigned his position with Consumer Law Group, LLC, effective November 20, 2015.

3. Valentin T. Narvaez of Consumer Law Group, LLC will continue to represent Plaintiff in this matter.

WHEREFORE, David E. Stevens requests this Honorable Court grant this Motion for leave to withdraw his appearance as an attorney of record.

Monday, November 09, 2015

Respectfully submitted,

**s/ David E. Stevens**
David E. Stevens
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
Direct: 312-219-6838
dstevens@yourclg.com