# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SATURNINO Z. VAZQUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FERRARA CANDY COMPANY and ) <br> THOMAS P. POLKE, ) <br> ) <br> Defendants. ) | Case No. 1:14-cv-04233 |

### DECLARATION OF ANGIE CASTEJON

Angie Castejon, under penalty of perjury, states the following:

1. I am currently the Director of Human Resources for Field Operations for Ferrara Candy Company. I have worked for Ferrara since October 2000. I have personal knowledge of the facts contained in this Declaration.

2. Ferrara's Forest Park location is a five-story facility which includes a basement.

3. Ferrara's Bolingbrook facility is a one-story facility that does not contain any locker rooms for employee.

4. Ferrara's Bellwood facility is a single story facility with one locker room each for male and female employees.

5. In my Human Resources capacity I am aware of Ferrara employees requesting corrections for hours they claimed to have work but may not have been paid. It would not be unusual for Ferrara employees at any of the Ferrara facilities to request and seek a correction for those hours.

6. At Ferrara's Forest Park facility, shirts and pants are delivered each week for employees. The employees have an option to store a week's worth of clothing in their lockers.

would be an employee's individual decision to pick-up a new shirt and pants each day rather than storing a week's worth of pants and shirts in his or her locker.

7. Shirts and pants are placed on hangers in all-purpose lockers which clothes are cleaned by an outside vendor and again, typically delivered each week. Most Ferrara employees also wear their own shoes with the requirement that they must be rubber-soled shoes.

Angie Castejon declares under penalty of perjury and the provisions of 28 U.S.C. § 1746, that the above statements are true and correct.

*Angie Castejon*

Dated: February 24, 2016

4820-3730-5134 v. 1
4820-3730-5134 v1-2/24/16

2