# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Saturnino Z Vazquez

                              Plaintiff,

v.                                             Case No.: 1:14–cv–04233
                                                             Honorable Maria Valdez

Ferrara Candy Company, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 30, 2016:

      MINUTE entry before the Honorable Maria Valdez: By agreement of the parties a Stipulation of Dismissal [58] has been filed. Accordingly, the Court hereby dismisses this action with prejudice. Status hearing set to 9/1/16 at 10:00am is stricken, and no appearance is necessary. Civil case terminated. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.